# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| DOYLE E. TULLOS | | PLAINTIFF |
| v. | No. 4:18-cv-926-DPM | |
| BIOMET, INC., *et al.* | | DEFENDANTS |
| JOHNNY LUCAS | | PLAINTIFF |
| v. | No. 4:19-cv-161-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | | DEFENDANTS |
| GARY SANDEN and SUSAN SANDEN | | PLAINTIFFS |
| v. | No. 4:19-cv-162-DPM | |
| BIOMET, INC., *et al.* | | DEFENDANTS |
| DILLARD SHERRILL and PATRECA M. SHERRILL | | PLAINTIFFS |
| v. | No. 4:19-cv-163-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | | DEFENDANTS |
| VALENA HONEYCUTT | | PLAINTIFF |
| v. | No. 4:19-cv-216-DPM | |
| JOHN CUCKLER, M.D., *et al.* | | DEFENDANTS |

## ORDER

1. Any lawyer who has been properly admitted in one of these cases under Local Rule 83.5 may appear in the other cases. No additional *pro hac vice* motion is required.

2. Honeycutt's lawyers are not yet admitted. They must comply with Local Rule 83.5.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 April 2019