# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DOYLE E. TULLOS                                                    PLAINTIFF

v.                        No. 4:18-cv-926-DPM

BIOMET, INC., *et al.*                                            DEFENDANTS

JOHNNY LUCAS                                                       PLAINTIFF

v.                        No. 4:19-cv-161-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                                  DEFENDANTS

GARY SANDEN and SUSAN SANDEN                                      PLAINTIFFS

v.                        No. 4:19-cv-162-DPM

BIOMET, INC., *et al.*                                            DEFENDANTS

DILLARD SHERRILL and
PATRECA M. SHERRILL                                               PLAINTIFFS

v.                        No. 4:19-cv-163-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                                  DEFENDANTS

VALENA HONEYCUTT                                                   PLAINTIFF

v.                        No. 4:19-cv-216-DPM

JOHN CUCKLER, M.D., *et al.*                                      DEFENDANTS

## ORDER

For the reasons stated on the record at the 8 May 2019 hearing, the Court made the following rulings.

**1.** Lucas and Sherrill's motion to consolidate trials, № 195 in No. 4:19-cv-161, is denied without prejudice.

**2.** By agreement, the Court will enter the Protective Order entered in the MDL, Exhibit C to № 242 in No. 3:12-md-2391, with some minor amendments in all these cases by separate Order.

**3.** The Court consolidates pretrial proceedings in all five of these cases. FED. R. CIV. P. 42(a)(3). No. 4:18-cv-926-DPM is the lead case; all filings must be made in that case number. As discussed at the hearing, the Court directs the parties to confer and propose a draft scheduling order using the Court's architecture. Joint proposal due by 31 May 2019.

**4.** Biomet must file a notice, also by 31 May 2019, about other cases in the MDL that may be remanded to this Court.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 May 2019