**D.P. MARSHALL JR.**
U.S. District Judge

(501) 604-5410
FAX: (501) 604-5417

13 June 2019

Judge Robert L. Miller, Jr.
Northern District of Indiana
318 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

RE: *Doyle E. Tullos v. Biomet, Inc., et al.*, No. 4:18-cv-926-DPM
*Johnny Lucas v. Biomet Inc., et al.*, No. 4:19-cv-161-DPM
*Gary Sanden, et al. v. Biomet, Inc., et al.*, No. 4:19-cv-162-DPM
*Dillard Sherrill, et al., v. Biomet, Inc.*, et al., No. 4:19-cv-163-DPM
*Valena Honeycutt v. John Cuckler, MD, et al.*, No. 4:19-cv-216-DPM

Dear Judge Miller,

You remanded the five listed hip-replacement cases, and one more which has since settled, to this Court for further pretrial proceedings and trial. Thank you for moving them along to this point. I've consolidated these cases for pretrial matters and am setting trial dates. The parties have notified me that four other cases which may be remanded to the Eastern District of Arkansas remain in your MDL. They are:

*Judy Andrews v. Biomet, Inc., et al.*, No. 3:18-cv-680

*Carla Hood v. Biomet, Inc., et al.*, No. 3:17-cv-908

*Lynsey Pharr v. Biomet, Inc., et al.*, No. 3:18-cv-721

*Melinda Smith v. Biomet, Inc., et al.*, No. 3:17-cv-9563

If you intend to remand any of these four other cases, I respectfully request that you do so soon. That step will allow me to handle all pretrial matters in these related cases together. Thank you again for your work in the MDL and for considering my request.

Best regards.

Very truly yours,

*NPMarshall Jr.*

DPM/slb

cc:    Clerk of Court (for filing)