IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DOYLE E. TULLOS | PLAINTIFF |
| v.  No. 4:18-cv-926-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| JOHNNY LUCAS | PLAINTIFF |
| v.  No. 4:19-cv-161-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | DEFENDANTS |
| GARY SANDEN and SUSAN SANDEN | PLAINTIFFS |
| v.  No. 4:19-cv-162-DPM | |
| BIOMET, INC., *et al.* | DEFENDANTS |
| DILLARD SHERRILL and PATRECA M. SHERRILL | PLAINTIFFS |
| v.  No. 4:19-cv-163-DPM | |
| BIOMET ORTHOPEDICS LLC, *et al.* | DEFENDANTS |
| VALENA HONEYCUTT | PLAINTIFF |
| v.  No. 4:19-cv-216-DPM | |
| JOHN CUCKLER, M.D., *et al.* | DEFENDANTS |

## ORDER

The Court appreciates the parties' proposed Final Scheduling Order, № 92, and the notice about other cases remaining in the MDL. The Court intends to enter the Order with these changes. The Court will hold motions hearings 13-15 October 2020 and 17-19 November 2020. (After reflection, the Court has concluded that counsel's suggestion of two settings is better than the one the Court proposed.) And the trial settings will start in February 2021, instead of January. The Court will schedule cases first and second out for trial every other month. The Court's Final Scheduling Order will include pretrial deadlines for each month's cases. Sixty days out, the Court will release the second case, if necessary. (Please send the current draft Order to chambers in Word so that the Court can finish it up.) The Court has also written Judge Miller about the four other cases that may be coming. The Court hopes to receive them, and partly consolidate them for similar handling with all the others, soon.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019