IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY LUCAS                                                          PLAINTIFF

v.                          No. 4:19-cv-161-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                          DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2019