# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JOHNNY LUCAS                                                                            PLAINTIFF

v.                      No. 4:19-cv-161-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                 DEFENDANTS

## AMENDED JUDGMENT

Lucas's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020